DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAY GOODLEY,**
Appellant,

v.

**GERALDINE SWARTZ,** individually, **and CATHERINE KOLEN,**
individually,
Appellees.

No. 4D17-1013

[February 15, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Alan Speiser, Judge; L.T. Case No. MHC16-0000819.

Jay Goodley, Hollywood, pro se.

Ellen S. Morris of Elder Law Associates PA, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***